UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR08-0257JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WARREN TAYLOR, | |
| Defendant. | |

This matter is before the court on Defendant Warrant Taylor's pro se motion to modify the scheduling order. (Mot. (Dkt. # 232).) Mr. Taylor requests an extension of time to respond to the court's scheduling order regarding his motion to reduce his sentence (10/22/19 Order (Dkt. # 229)). The court's order states "[i]f counsel has not been appointed, the Federal Defender/CJA Unit may request appointment of counsel in all such cases. Such requests must be made within 14 days of service of this motion." (*Id.* at 2.) On October 22, 2019, the Federal Public Defender's Office filed a response to

the court's scheduling order stating they do not request appointment as counsel (Resp. (Dkt. # 230)).

Because the Federal Public Defender responded to the court's scheduling order as directed, and no response was needed within 14 days of the scheduling order from Mr. Taylor, the motion to modify the scheduling order (Dkt. # 232) is DENIED as moot.

Dated this 4th day of December, 2019.

The Honorable James L. Robart
U.S District Court Judge