UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

WARREN TAYLOR

Case No. CR08-0257JLR

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of Defendant Warren Taylor for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS ORDERED that the motion is GRANTED.

The Defendant's previously imposed sentence of imprisonment of 192 months shall be reduced to time served and the Defendant can be released 14 days from the date of this order to accommodate a quarantine period with the Federal Bureau of Prisons. If Defendant tests positive for COVID-19 at any time during this quarantine period, BOP will notify the Government who will immediately notify the court so the Order can modified appropriately.

The Defendant's previously imposed conditions of supervised release are unchanged.

IT IS SO ORDERED.

Dated:  December 8th, 2020.

JAMES L. ROBART
United States District Judge